RE: Riquel Gonzalez Salcerio & Teresa N Rivero                                    Case # 21-22123  AJC

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 2/4/22

Tax returns:        ✔ Corporate Tax Returns: 2019-2020

Photo ID/SS card - Legible/Unredacted        LF 90        LF 67        LF 10

Plan does not fund properly

Calculation errors     Missing months/amounts     Inconsistent terms     Plan form completed incorrectly

✔ Attorney fee itemization or Fee Application needed (see court guideline 6)

   Missing 2016(B)                                             Missing Attorney's Declaration & 341 Written Quest.

✔ Other provisions:  ✔ IVL        100%  ✔ Lawsuit     Gambling     MMM

Reaffirm, redeem or surrender Sch D or G creditor:

MMM Motion not filed     Valuation motion not filed        Lien Avoidance Motion not filed

Priority debt on Schedule E not in plan:

Creditor in Plan is not listed in Schedules or has not filed a POC:

✔ Creditor paid through the Plan has not filed a POC: IRS

Object or Conform to Proof of Claim:   Miami-Dade County     Tax Certificate (DE#  )     Dept of Revenue

   IRS

OTHER PLAN ISSUES:

Real Estate FMV and Payoff:

Non-Homestead Information Sheet:

Vehicles FMV (NADA/Carmax), Reg and Payoff:

✔ Other: Jewelry FMV

Bank Account Statements    3 months pre-petition

Copy of check(s) and/or explanation:

Explanation of withdrawal(s):

401K/Retirement/Pension            Annuity            Life Insurance Policy

Domestic Support Obligation form complete with info: name, address and phone

Wage deduction order or Motion to waive

✔ BDQ & attachments        ✔ Profit/loss  ✔ Balance Sheet  (BDQ Riquel Gonzalez DPMPA)

✔ Business Bank statements and checks   ✔ 3 months pre-petition

Riquel Gonzalez  DPMPA  (9/30-12/30/21)

Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was  served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*